# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Jason A Chavarria | ) | Chapter 13 |
| Nichole K Indovina | ) | Case No. 19 B 08997 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Jason A Chavarria  
Nichole K Indovina  
1348 S Evergreen Ave  
Arlington Heights, IL  60005

Debtor Attorney: Cutler & Associates Ltd  
via Clerk's ECF noticing procedures

On June 19, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, May 23, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 03/28/2019.

2. The debtor(s) have failed to attend two scheduled §341(a) meetings of the creditors

3. The debtor(s) have failed to provide required identification and or social security documentation.

4. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312) 431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE