## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Jason A Chavarria
Nichole K Indovina

Debtor(s)

Case No.: 19-08997

Chapter: 13

Judge Deborah L. Thorne

---

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY FILED ON 12/15/2021 (DOCKET ENTRY #45)

---

TO:

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF

Jason A Chavarria , Nichole K Indovina,, Debtor(s), 1348 S Evergreen Ave, Arlington Heights, IL 60005

David H Cutler, Attorney for Debtor(s), 4131 Main St., Skokie, IL 60076 by electronic notice through ECF

Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice

Now comes the Movant, Rocket Mortgage, LLC fka Quicken Loans, LLC fka Quicken Loans Inc., by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Motion for Relief from the Automatic Stay or in the alternative to Dismiss the Case filed on 12/15/2021 as Docket Entry #45.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on December 21, 2021 and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 21, 2021.

/s/ Joel Fonferko
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.