UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-08997
Jason A Chavarria )
Nichole K Indovina )  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SELL PROPERTY**

THIS CAUSE COMING ON TO BE HEARD on the motion of the debtors to sell property, due notice having been given, it appearing that debtor Jason A Chavarria (but not debtor Nichole K Indovina) has an interest in the property in question, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is granted in part and denied in part. As to debtor Jason A Chavarria, the motion is granted, and he is authorized to sell or convey his interest in the property located at 1840 W Surrey Park Lane #1B, Arlington Heights, Illinois 60005. As to debtor Nichole K Indovina, the motion is denied.

2. Debtor Jason A Chavarria may retain his share of any net proceeds from the sale.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 27, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600